IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BILLY RAY BARRETT**                                                                   **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO. 4:06cv70 TSL-LRA**

**CHRISTOPHER EPPS, et al.**                                                      **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge entered in this cause on or about February 13, 2007, and the court, after a full review of the record, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described action be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 28th day of February, 2007.


                                                                /s/ Tom S. Lee
                                                                UNITED STATES DISTRICT JUDGE